# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSVANY MAZA PORTILLA,<br><br>Petitioners,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00494-EPG-HC<br><br>ORDER APPOINTING COUNSEL FOR PETITIONER<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 23, 2026, the Court denied Petitioner's motion to appoint counsel, "find[ing] that the interests of justice do not require the appointment of counsel at the present time. If, upon review of Respondent's response to the petition, the Court finds that the legal issues are more complex than they appear currently, the Court will revisit Petitioner's request for counsel." (ECF No. 4 at 2.) On March 24, 2026, Respondents filed a response to the petition. (ECF No. 10.)

Upon review of Respondents' response, the Court finds that the interests of justice would be served by the appointment of counsel given the complexity of the legal issues involved.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel is APPOINTED for Petitioner;

2. The Clerk of the Court shall serve a copy of this order, the petition, and Respondents' response, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

1

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Felicia Navarro at FNavarro@caed.uscourts.gov, and counsel will be added as counsel for Petitioner;

4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;

5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and

6. Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:   **March 26, 2026**          /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE