# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSVANY MAZA PORTILLA, <br><br> Petitioners, <br><br> v. <br><br> WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., <br><br> Respondents. | Case No. 1:26-cv-00494-EPG-HC <br><br> ORDER GRANTING EXTENSION OF TIME TO SUBMIT JOINT STATEMENT <br><br> (ECF No. 15) |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 26, 2026, the Court appointed counsel for Petitioner and ordered the parties to submit a joint statement regarding case management and a proposed briefing schedule within fourteen days. (ECF No. 12.) On April 9, 2026, the parties requested that the deadline for filing the joint statement be extended to April 23, 2026. (ECF No. 15.)

Accordingly, the Court HEREBY ORDERS that the deadline to submit the joint case management statement and proposed briefing schedule is EXTENDED to April 23, 2026.

IT IS SO ORDERED.

Dated:   __April 10, 2026__                    /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE