IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSVANY MAZA PORTILLA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>Respondents. | CASE NO.  1:26-CV-00494-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Pursuant to the parties' stipulation, (ECF No. 17), the Court ORDERS the following briefing schedule:

1. Petitioner's Traverse/Reply due by May 13, 2026

2. Respondents' optional sur-reply, if any, is due by May 27, 2026

If no sur-reply is received by May 27, 2026, the Court shall deem the matter submitted.

IT IS SO ORDERED.

Dated:   **April 23, 2026**          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE